United States Bankruptcy Court
Eastern District of Michigan

In re: David Fuoco                                               Case No. 12-59412
                                                                                           Judge: Tucker

                             Debtor.
_____/

## ORDER CONFIRMING PLAN

       The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

       Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

       IT IS FURTHER ORDERED that the claim of attorney for the Debtor, Sweeney Law Offices PLLC. for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $___Fee App__ in fees and $____Fee App_____ in expenses, and that the portion of such claim which has not already been paid, to-wit: $ ____Fee App___ shall be paid by the Trustee as an administrative expense of this case.

       IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

       All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

       IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ✓ The Debtor shall remit ___100__% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.
- ✓      The Debtor's Plan payments shall be increased to $__936.10_bi-weekly__ effective May 1, 2015 when child support ends for the oldest son.
- ✓      The Debtor's Plan payments shall be increased to $__971.64_bi-weekly__ effective Dec 1, 2016 when 401k loan ends.
- ✓      The Debtor's Plan payments shall be increased to $__1,201.02_bi-weekly__ effective Dec 1, 2017when child support ends for the younger son.
- ✓      Other: Debtor is 100% current in domestic support obligations pre and post petition.

| APPROVED: | OBJECTIONS WITHDRAWN: | APPROVED: |
|---|---|---|
| ___/s/ Tammy Terry_____ | /s/__Carl Meyer_____ | _/s/ Jesse Sweeney__ |
| TAMMY TERRY (P26803) | CREDITOR: | Jesse Sweeney (P69041 ) |
| CHAPTER 13 TRUSTEE | Wayne County FOC | ATTORNEY FOR DEBTOR |
| 535 Griswold | | Sweeney Law Offices PLLC |
| 2100 Buhl Building | | 30555 Southfield Rd. Suite 44 |
| Detroit, MI 48226 | | Southfield, MI 48076 |
| 313-967-9857 | | 586-909-8017 |
| | | sweeneylaw2005@yahoo.com |
| @yahoo.com | | |

.

**Signed on May 01, 2013**

                                                    _____/s/ Thomas J. Tucker_____
                                                    Thomas J. Tucker
                                                    United States Bankruptcy Judge