UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: David Fuoco             Case No. 12-59412
Chapter 13
Hon. Tucker

Debtor(s),

## ORDER APPROVING FIRST POST-CONFIRMATION FEE APPLICATION

Upon the reading and filing of Attorney for Debtor, SWEENEY LAW OFFICE, P.L.L.C., Application for Approval of payment of Post-Confirmation Attorney Fees, which was presented to this Court pursuant to L.B.R. 9014-1, and no objections having been filed to the said Petition, and a Certificate of No Response having been filed with this Court;

IT IS HEREBY ORDERED:

1. 
| | |
|---|---|
| PRIOR AWARD FOR FEES: | $6,118.50 |
| PRIOR AWARD FOR COSTS | $ 19.20 |
| TOTAL AWARD TO DATE | $6,137.70 |
| | |
| THIS AWARD FOR FEES: | $ 663.00 |
| THIS AWARD FOR COSTS | $ 00.00 |
| TOTAL THIS AWARD: | $ 663.00 |
| | |
| GRAND TOTAL FEES AND COSTS: | **$6,800.70** |
| | |
| LESS AMOUNT PAID DIRECTLY BY DEBTOR | $ 00.00 |
| | |
| LESS AMOUNT PREVIOUSLY PAID BY TRUSTEE FROM CH. 13 PLAN | $6,137.70 |
| | |
| CURRENT BALANCE TO BE PAID BY TRUSTEE | $ 663.00 |

2. This award covers services rendered and expenses incurred from 5.16.2013 to 12.30.2013.

3. The Chapter 13 Trustee shall disburse to Applicant the fees and expenses awarded herein from the funds which first become available, subject to fees due and payable to the Clerk's office and Trustee's fees.

.

**Signed on February 07, 2014**

                      /s/ Thomas J. Tucker
                      Thomas J. Tucker
                      United States Bankruptcy Judge